IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| DEBBIE ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | 1:16-cv-00012-RJJ-PJG |
| | ) | |
| v. | ) | Judge Jonker |
| | ) | Magistrate Judge Green |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES the Plaintiff, DEBBIE ALLEN, by and through her attorneys, SMITHMARCO, P.C., and for her Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses her case.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that this case be dismissed without prejudice and without costs to any party.

> Respectfully submitted,
> **DEBBIE ALLEN**
>
> By:   s/ David M. Marco
>         Attorney for Plaintiff

2

Dated: March 10, 2016

David M. Marco (Atty. No.: 6273315)
SMITHMARCO, P.C.
20 South Clark Street, Suite 2120
Chicago, IL 60603
Telephone:     (312) 546-6539
Facsimile:      (888) 418-1277
E-Mail:          dmarco@smithmarco.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DEBBIE ALLEN,** | ) | |
| | ) | |
| Plaintiff, | ) | 1:16-cv-00012-RJJ-PJG |
| | ) | |
| v. | ) | Judge Jonker |
| | ) | Magistrate Judge Green |
| **PORTFOLIO RECOVERY** | ) | |
| **ASSOCIATES, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

**To:** Elizabeth M. Shaffer
DINSMORE & SHOHL LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202

I, David M. Marco, an attorney, certify that on **March 10, 2016**, I shall cause to be served a copy of **Plaintiff's Notice of Voluntary Dismissal Without Prejudice** upon the above named individual(s) by: depositing same in the U.S. Mail box at 20 South Clark Street, Suite 2120, Chicago, IL 60603, prior to 5:00 p.m., postage prepaid; messenger delivery; Federal Express; facsimile transmitted from (888) 418-1277; email; and/or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

| | | | |
|---|---|---|---|
| ____ | U.S. Mail | ____ | Facsimile |
| ____ | Messenger Delivery | ____ | Email |
| ____ | Federal Express/UPS | _X_ | ECF |

By: _s/ David M. Marco_
Attorney for Plaintiff

David M. Marco (Atty. No.: 6273315)
SMITHMARCO, P.C.
20 South Clark Street, Suite 2120
Chicago, IL 60603
Telephone:     (312) 546-6539
Facsimile:      (888) 418-1277
E-Mail:          dmarco@smithmarco.com

3